UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANDY BLANKENSHIP and
LARRY SHIPP,

    Plaintiffs,                                                    Civil Action No. 16-CV-14506

vs.                                                         HON. BERNARD A. FRIEDMAN

MONTEREY FINANCIAL
SERVICES, LLC,

    Defendant.
_____/

## **JUDGMENT**

        The Court has issued an opinion and order in this matter granting summary judgment for defendant on plaintiffs' federal claims and dismissing the remaining claims for lack of subject matter jurisdiction.  Accordingly,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiffs.

                                                    DAVID J. WEAVER
                                                    CLERK OF COURT

                                                    By: Carol L. Mullins
                                                         Deputy Clerk

August 7, 2017

Approved:_s/ Bernard A. Friedman____
        BERNARD A. FRIEDMAN
        SENIOR U.S. DISTRICT JUDGE